**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ALENA GERHARDT and
TYRIN PACHECO,

      Plaintiffs,

v.                                                      Civ. No. 25-110 DHU/GBW

THE CITY OF HOBBS, *et al.*,

      Defendants.

**<u>ORDER SETTING ZOOM MOTION HEARING</u>**

THIS MATTER comes before the Court upon a review of Defendant City of Hobbs' Motion for Protective Order Against Plaintiffs' First Set of Requests for Production, Interrogatories, and Requests for Admission. *Doc. 36*. The Court will hold a hearing on this motion on **July 25, 2025, at 1:00 p.m. via Zoom.gov videoconference**. Counsel for all parties shall appear.

No later than **July 23, 2025**, please provide the preferred email address and a mobile phone number for each individual who will attend. Each individual will receive the electronic invitation and password for the meeting by email. The mobile phone numbers will be used to communicate with the parties outside of the Zoom.gov platform in the event of problems. Please send this information to wormuthproposedtext@nmd.uscourts.gov.

Each participating individual will need to utilize a computer with a video

camera.  If you have never used any Zoom platform before, please review the following

short instructional video to become acquainted with the basics:

https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0064516.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE