**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ALENA GERHARDT, *et al.*,

     Plaintiffs,

v.                                         Civ. No. 25-110 DHU/GBW

CITY OF HOBBS, *et al.*,

     Defendants.

**ORDER GRANTING JOINT MOTION
TO VACATE SETTLEMENT CONFERENCE**

THIS MATTER comes before the Court on the parties' Joint Motion to Vacate

Scheduling [sic] Conference. *Doc. 47.* The parties ask the Court to vacate the settlement

conference set for August 8, 2025, and to delay rescheduling until Defendants'

forthcoming motions are ruled on. *Id.* The Court finds the motion is well-taken and

should be **GRANTED**.

It is therefore **ORDERED** that the settlement conference set for August 8, 2025, is

**VACATED**, to be reset upon the entry of the Court's rulings on Defendants'

forthcoming dispositive motions.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE