**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**ALENA GERHARDT,
TYRIN PACHECO,**

     **Plaintiffs,**

                          **No. 2:25-cv-00110 DHU/GBW**

**v.**

**THE CITY OF HOBBS,
MATTHEW OLENICK,
ANDREW LANE,
ALEJANDRO RIVAS,
VALERIE CHACON, and
THE FIFTH JUDICIAL
DISTRICT ATTORNEY'S
OFFICE,**

     **Defendants.**

**<u>JOINT MOTION TO EXTEND PRETRIAL DEADLINES</u>**

COME NOW Defendants City of Hobbs (the "City"), Matthew Olenik, Andrew Lane, and Alejandro Rivas, (collectively "City Defendants"), by and through counsel of record, MYNATT SPRINGER P.C. (Blaine T. Mynatt and Haley R. Grant), Plaintiff Alena Gerhardt and Tyrin Pacheco, by and through counsel of record, WGLA, LLP (Benjamin Gubernick and Curtis Waldo), Defendant The Fifth Judicial District Attorney's Office, by and through counsel of record STIFF, GARCIA & ASSOCIATES, LLC, (John S. Stiff and Julia Y. Parsons), and Defendant Valerie Chacon, by and through counsel of record GARCIA LAW GROUP, LLC (Bryan C. Garcia and Alyxandria Callison) hereby move this Court for an Order to extend the below deadlines contained in the Court's Order Setting Pretrial Deadlines and Briefing Schedule [Doc. 28] as follows:

1.     Discovery in this matter is set to terminate on January 16, 2026, and the Parties seek to extend the discovery terminate date until March 16, 2026 to allow depositions of the parties.

2.      The discovery motions deadline is currently set to terminate February 2, 2026, and the Parties seek to extend the discovery motions deadline until March, 6, 2026

3.      The dispositive motions deadline is currently set to run on February 16, 2026, and the Parties seek to extent the dispositive motions deadline until April 16, 2026 to accommodate the filing of any necessary motion practice.

WHEREFORE, the parties respectfully request this Court to enter an Order and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
HALEY R. GRANT
New Mexico Bar No. 145671
P.O. Box 2699
Las Cruces, NM 88004-2699
(575) 524-8812
btm@mynattspringer.com
hrg@mynattspringer.com
*Attorneys for Defendants City of Hobbs*

Approved by:

WALDO GUBERNICK
LAW ADVOCATES LLP

*/s/ Approved via email January 15, 2026*
BENJAMIN GUBERNICK
New Mexico State Bar No. 145006
CURTIS WALDO
New Mexico State Bar No. 163604
717 Texas St. Suite 1200
Houston, TX 77002
(346) 341-0169
ben@wglawllp.com
curtis@wglawllp.com
*Attorneys for Plaintiff*

Approved by:

STIFF, GARCIA & ASSOCIATES, LLC


*/s/ Approved via email January 15, 2026*
Julia Y. Parsons
John S. Stiff
jstiff@stifflaw.com
jparsons@stifflaw.com
*Attorneys for Defendant Fifth Judicial
District Attorney's Office*


Approved by:

GARCIA LAW GROUP, LLC


*/s/ Approved via email January 14, 2026*
Bryan C. Garcia
Alyxandria Callison
bgarcia@garcialawgroupllc.com
acallison@garcialawgroupllc.com
*Attorneys for Defendant Valerie Chacon*

## CERTIFICATE OF SERVICE

I certify that, on January 15, 2026, a copy of the foregoing pleading was served on the counsel of record below via CM/ECF Filing system and electronic mail:

WGLA, LLP
Benjamin Gubernick
ben@wglawllp.com

Curtis Waldo
curtis@wglawllp.com
*Attorneys for Plaintiff*

GARCIA LAW GROUP, LLC
Bryan C. Garcia
Alyxandria Callison
bgarcia@garcialawgroupllc.com
acallison@garcialawgroupllc.com
*Attorneys for Defendant Valerie Chacon*

STIFF, GARCIA & ASSOCIATES, LLC
Julia Y. Parsons
John S. Stiff
jstiff@stifflaw.com
jparsons@stifflaw.com
*Attorney for Defendant Fifth Judicial District
Attorney's Office*


HALEY R. GRANT