IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALENA GERHARDT and
TYRIN PACHECO

      Plaintiffs,

v.                                                                    Civ. No. 25-110 DHU/GBW

THE CITY OF HOBBS, *et al.*,

      Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO EXTEND PRETRIAL DEADLINES.

THIS MATTER comes before the Court on the parties' Joint Motion to Extend Pretrial Deadlines. *Doc. 56*. In it, the parties move the Court to extend certain deadlines set forth in its Order Setting Pretrial Deadlines and Briefing Schedule (*doc. 28*). The Court, being fully informed and noting the agreement of the parties, will GRANT the Motion IN PART and DENY the Motion IN PART in accordance with the reasoning set forth below.

The Motion is GRANTED with respect to the extension of the end of discovery and the extension of the deadline for dispositive pretrial motions.

The Motion is DENIED with respect to the extension of the deadline for discovery motions. The Court did not set a specific discovery motions deadline in its Order Setting Pretrial Deadlines and Briefing Schedule (*doc. 28*). In its Order, the Court

stated that "[m]otions related to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed within the twenty-one-day time limit set forth in Local Rule of Civil Procedure 26.6." *Id*. at 2-3.  Local Rule 26.6 requires a party served with an objection to proceed under D.N.M.LR-Civ 37.1 within twenty-one days of production or inspection of the documents at issue.  Failure to proceed within that time limit will be construed as acceptance of the objection.  *See* D.N.M.LR-Civ 26.6.  As such, the twenty-one-day time limit on discovery motions is not tied to a specific date but is rather a "floating deadline" that is dependent on when a party is served with objections.  The Court may change the twenty-one-day deadline in specific instances for good cause, *see* D.N.M.LR-Civ 26.6, but declines to do so wholesale at this juncture.

**IT IS THEREFORE ORDERED** that deadlines set forth in the Order Setting Pretrial Deadlines and Briefing Schedule (*doc. 28*) are hereby AMENDED as follows:

| Case Deadline | Current Deadline | Amended Deadline |
|---|---|---|
| Discovery Ends | January 16, 2026 | March 16, 2026 |
| Dispositive Pretrial Motions | February 16, 2026 | April 16, 2026 |

All other deadlines in the Order Setting Pretrial Deadlines and Briefing Schedule not inconsistent with this order remain in effect.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE