IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALENA GERHARDT and
TYRIN PACHECO,

     Plaintiffs,

v.                                                                    Civ. No. 25-110 DHU/GBW

THE CITY OF HOBBS, *et al.*,

     Defendants.

## ORDER DENYING JOINT MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE

THIS MATTER comes before the Court on Defendants' Joint Motion to Extend Dispositive Motions Deadline. *Doc. 58.* In their motion, Defendants request the dispositive motions deadline be extended from April 16, 2026, to July 31, 2026, to accommodate anticipated motion practice. *Id.* at 1. Plaintiffs filed a response in opposition. *Doc. 60.* The Court, being fully informed, finds that the motion is not well-taken and should be DENIED.

Rule 16 of the Federal Rules of Civil Procedure states that deadlines "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "In practice, this standard requires the movant to show the scheduling deadlines cannot be met despite [the movant's] diligent efforts." *Gorsuch, Ltd., B.C. v. Wells Fargo Nat'l Bank Ass'n*, 771 F.3d 1230, 1240 (10th Cir. 2014) (citation and internal quotation omitted).

The scheduling deadlines in this case were known to the parties in advance.  *See docs. 28, 57*.  Discovery closed on March 16, 2026.  *Doc. 57*.  There are no emergency circumstances or unforeseen events referenced in the Defendants' motion that convince the Court that good cause exists to extend the dispositive motions deadline another one hundred days.  *See doc. 58* at 1.

Accordingly, Defendants' Joint Motion to Extend Dispositive Motions Deadline (*doc. 58*) is DENIED.  Nonetheless, in order to permit adequate briefing of any dispositive issues, the Court will reset the deadline to **May 22, 2026**.  The Court finds this short delay would not be prejudicial to Plaintiffs given the lack of a trial setting in this case.

IT IS THEREFORE ORDERED that the parties may file dispositive pretrial motions on or before **May 22, 2026**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE

2