

# HOBBS POLICE DEPARTMENT

Individual Arrest Report

**Name:** ALENA RAE'ANNE GERHARDT (7822)

**Street Address:** ███████████  **City, State Zip:** HOBBS, NM

**Date of Birth:** ██████  **Social Security:** ████████

**Local ID Numbers:** 44645

**State ID Number:**  **FBI number:**

**Attorney:**  **Occupation:**

**Place of Birth:** HOBBS  **State:** NM

**Sex:** F  **Race:** W

**Height:** 5'02"  **Weight:** 95

**Hair Color:** BRO  **Eyes Color:** HAZ

**Drivers License:** ████████  **State:** NM

**Marital Status:**

**Home Phone:** ████████  **Work Phone:** ( ) -

**Employer:**

**Alias For:**

## Scars, Marks, and Tattoo Information
## Arrest/Offense Information

**Booking Number:** 58727  **Arrest Reference Number:**

**Time/Date Arrested:** 20:02:00 07/13/24  **Arresting Officer:** OLENIK, M

**Arresting Agency:** HPD  **Age at Arrest:** 21

**Statute:** 12-6-12.1D(3), AGG DWI REFUSED TO SUBMIT TO CHEMICAL TESTING  **Class:** M  **Court:** HMUN

**Offense:** 90D, DRIVING UNDER THE INFLUENCE  **Counts:** 1  **OTN:**

**Offense Refrnc:**  **Related Incident:** 24H31545

**Statute:** 12-6-2.12, DRIVING ON STREETS LANED FOR TRAFFIC  **Class:** PM  **Court:** HMUN

**Offense:** NONE, NONE  **Counts:** 1  **OTN:**

**Offense Refrnc:**  **Related Incident:** 24H31545

**Statute:** 12-6-1.1, BASIC SPEED RULE (DUE CARE)  **Class:** PM  **Court:** HMUN

**Offense:** NONE, NONE  **Counts:** 1  **OTN:**

**Offense Refrnc:**  **Related Incident:** 24H31545

**Statute:** 12-6-4.3, VEHICLE ENTERING STOP OR YIELD INTERSECTION    **Class:** PM    **Court:** HMUN

**Offense:** NONE, NONE    **Counts:** 1    **OTN:**

**Offense Refrnc:**    **Related Incident:** 24H31545

**Statute:** 12-10-4, DISPLAY OF CURRENT VALID REGISTRATION PLATE    **Class:** PM    **Court:** HMUN

**Offense:** NONE, NONE    **Counts:** 1    **OTN:**

**Offense Refrnc:**    **Related Incident:** 24H31545

**Report Includes:**

All dates arrested, All booking numbers matching ` 58727`, All arresting agencies, All arresting officers, All arrest types, All arrest area codes, All judicial age statuses, All inmate name numbers, All offense codes, All statute codes, All alcohol/drug codes, All crime class codes, All law jurisdictions, All court codes, All entry codes, All custody flags