

# HOBBS POLICE DEPARTMENT

Individual Arrest Report

---

**Name:** TYRIN JAYE PACHECO (28690)

| | |
|---|---|
| **Street Address:** ▮▮▮ | **City, State Zip:** HOBBS, NM 88240 0000 |
| **Date of Birth:** ▮▮▮ | **Social Security:** ▮▮▮ |
| **Local ID Numbers:** 300893, 44550, 128515 | |
| **State ID Number:** ▮▮▮ | **FBI number:** 36WFHM9TJ |
| **Attorney:** | **Occupation:** COLLEGE STUDENT |
| **Place of Birth:** HOBBS | **State:** NM |
| **Sex:** M | **Race:** H |
| **Height:** 6'01" | **Weight:** 195 |
| **Hair Color:** BLK | **Eyes Color:** BRO |
| **Drivers License:** ▮▮▮ | **State:** NM |
| **Marital Status:** | |
| **Home Phone:** ▮▮▮ | **Work Phone:** ( ) - |
| **Employer:** | |
| **Alias For:** | |

## Scars, Marks, and Tattoo Information
## Arrest/Offense Information

| | |
|---|---|
| **Booking Number:** 58726 | **Arrest Reference Number:** |
| **Time/Date Arrested:** 20:23:20 07/13/24 | **Arresting Officer:** LANE, A |
| **Arresting Agency:** HPD | **Age at Arrest:** 24 |

**Statute:** 9.24.210, TAMPERING WITH EVIDENCE    **Class:** PM    **Court:** HMUN
**Offense:** 90Z, ALL OTHER EXCEPT TRAFFIC    **Counts:** 1    **OTN:**
**Offense Refrnc:**    **Related Incident:** 24H31545

**Statute:** 9.04.080, RESISTING, EVADING OR OBSTRUCTING AN OFFICER    **Class:** PM    **Court:** HMUN
**Offense:** 90Z, ALL OTHER EXCEPT TRAFFIC    **Counts:** 1    **OTN:**
**Offense Refrnc:**    **Related Incident:** 24H31545

---

**Report Includes:**
All dates arrested, All booking numbers matching ` 58726`, All arresting agencies, All arresting officers, All arrest types, All arrest area codes, All judicial age statuses, All inmate name numbers, All offense codes, All statute codes, All alcohol/drug codes, All crime class codes, All law jurisdictions, All court codes, All entry codes, All custody flags