**From:**       Valerie Chacon
**To:**         Haley Grant
**Subject:**    FW: EXTERNAL: RE: Refiled Cases
**Date:**       Friday, March 28, 2025 10:52:40 AM
**Attachments:** image004.png
                image005.png
                image006.png



**From:** Valerie Chacon
**Sent:** Monday, January 6, 2025 9:04 AM
**To:** Dianna Luce <DLuce@da.state.nm.us>
**Subject:** RE: EXTERNAL: RE: Refiled Cases

Dianna,

Thank you for your assistance in these matters.



Valerie S Chacon
City Attorney
200 E. Broadway St.
Hobbs NM 88240
(575) 397.9226 - Phone
(575) 391.7876 - Fax

**From:** Dianna Luce <DLuce@da.state.nm.us>
**Sent:** Friday, January 3, 2025 2:05 PM
**To:** Valerie Chacon <VChacon@hobbsnm.org>
**Subject:** RE: EXTERNAL: RE: Refiled Cases

**Security Awareness**                              Learn more

   The email came from an external source.

Valerie,

I appointed you as Special Assistant District Attorney. If another attorney in your office needs
to be appointed to cover settings, send me the name and we will prepare.

**File No. 1272-047**                              **MS_001820**

Dianna

**From:** Valerie Chacon <VChacon@hobbsnm.org>
**Sent:** Friday, January 3, 2025 8:42 AM
**To:** Dianna Luce <DLuce@da.state.nm.us>
**Subject:** RE: EXTERNAL: RE: Refiled Cases

Dianna,

Thank you for your prompt response. We are truly appreciative of you and your office.



Valerie S Chacon
City Attorney
200 E. Broadway St.
Hobbs NM 88240
(575) 397.9226 - Phone
(575) 391.7876 - Fax

**From:** Dianna Luce <DLuce@da.state.nm.us>
**Sent:** Thursday, January 2, 2025 12:01 PM
**To:** Valerie Chacon <VChacon@hobbsnm.org>
**Subject:** EXTERNAL: RE: Refiled Cases

**Security Awareness**                                    Learn more

The email came from an external source.

Once they are filed, we can do the appointment. It will be as special assistant not as conflict case appointment.

Dianna

**From:** Valerie Chacon <VChacon@hobbsnm.org>
**Sent:** Thursday, January 2, 2025 9:16 AM
**To:** Dianna Luce <DLuce@da.state.nm.us>
**Subject:** FW: Refiled Cases

Good morning Dianna,

**File No. 1272-047**                                    **MS_001821**

The officers in conjunction with your team filed the cases below in District Court. I am requesting to be assigned as a special prosecutor on these cases. I believe another case will be filed by tomorrow. Thank you for your help on these matters.

Alena Gerhardt: D-506-2024-00862

Tyrin Pacheco: D-506-2024-000863

Respectfully,



Valerie S Chacon
City Attorney
200 E. Broadway St.
Hobbs NM 88240
(575) 397.9226 - Phone
(575) 391.7876 - Fax

---

**From:** Amber Leija <ALeija@hobbsnm.org>
**Sent:** Thursday, January 2, 2025 9:03 AM
**To:** Valerie Chacon <VChacon@hobbsnm.org>
**Cc:** Medjine Desrosiers-Douyon <mdesrosiers-douyon@hobbsnm.org>
**Subject:** Refiled Cases

Good Morning,

The following two cases that were originally filed in Municipal Court have been refiled in District Court:

Alena Gerhardt: D-506-2024-00862

Tyrin Pacheco: D-506-2024-000863

We are waiting on one more, which should be filed by tomorrow.

Respectfully,

**File No. 1272-047**                                    **MS_001822**

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. Distribution, publication, or retransmission of this message is strictly prohibited.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the  intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Occasionally, the sender of this e-mail marks particular messages as "Confidential" and/or "Attorney-Client Privileged" and/or with other messages or statements of a similar import and/or meaning. The purpose of such statement is for emphasis only, and the absence of such a statement does not imply that such a communication is not privileged and/or confidential

*This email has been scanned by Inbound Shield.*

**File No. 1272-047**                                                                                      **MS_001823**