
cases. Do you have any recollection of that?

A I don't.

Q What can you tell me about the Alena Gerhardt case? You said you remember a little bit.

A Can you give me specifics? I've been gone for a while and gone from the city.

Q Yeah, I understand that. It's a DWI case where a woman hit a mailbox. She was charged with DWI.

A Is that a question?

Q You're asking me to give you some specifics about the case.

A Specific question.

Q So you remember nothing about the case?

A No, I remember some, but I -- I don't know what you're asking me.

Q Do you remember that it was a DWI case involving a woman hitting a mailbox?

A Yes.

Q Okay. Do you -- do you remember any of the officers involved?

A I do.

Q Were they who?

A I don't know who all were the officers on scene, but I know --

Q Who can you name? Who can you name?

A Yes. Sergeant Torres. I believe it's Officer Olenick. I'm not sure if he's a sergeant. And it was two other officers that I remember. I think it's Sergeant Maxwell and Officer Lane. I don't know anyone else.

Q Okay. All right. So I -- I think all the names you gave me there were correct, so. What -- what was your involvement in the case?

A Very limited.

Q Well, what was it?

A I wasn't the initial prosecutor. I assisted. After the officer refiled, I was in a district court hearing.

Q Okay. So you said the officer -- well, I -- let's -- let's work through this from the start. You said you assisted initially?

A I did not assist initially. It wasn't my case.

Q You said you assisted something?

A Yeah.

Q What did you assist with?

A I entered my appearance in the district court case.

Q Okay. You said an officer refiled.

What -- what do you mean by that?

A I do believe one of the officers refiled the case in district court.

Q Okay. So your recollection is an officer refiled the case to the district court?

A That's right.

Q Do you have an office? Okay. Well, wait. There are just a few things with that that's confusing me. So the -- the case that was filed -- you -- you remember that the case was originally filed municipal court; right?

A Yes.

Q Okay. And because that's where you have to file for violations of the City's municipal code; right?

MS. ROMERO: Form.

THE WITNESS: Did you answer that question?

Q No. I asked -- I asked you if that's where you have to file for violations of the City's municipal code.

A Yes, I think.

Q Okay. So I -- I'm going to -- are -- are -- are you aware that the City of Hobbs has a set of ordinances that mirror a number of the

misdemeanor offenses in the state criminal code?

A Yes, they mirror them.

Q Okay.

A They mirror them.

Q All right. So if you're going to charge someone for, let's say, DWI in city court -- or let me rephrase.

If the City of Hobbs is going to charge someone with a DWI, they're not charging them under the state statute, they're charging them under the analog city code ordinance; right?

MS. ROMERO: Form and foundation.

THE WITNESS: I'm not sure.

Q You don't know that?

A I'm pretty sure you can do either or.

Q So you -- okay. So you think the City can bring charges under the state criminal code?

A The city doesn't bring charges. The police officers bring charges. A police officer files the charges.

Q Okay. So if I were to represent to you that the -- the caption in the City of -- in -- in the municipal court case for Alena Gerhardt was City of Hobbs v. Alena Gerhardt, can you explain that?