STATE OF NEW MEXICO
COUNTY OF LEA
FIFTH JUDICIAL DISTRICT

STATE OF NEW MEXICO,

        Plaintiff,

    vs.

TYRIN JAYE PACHECO,

        Defendant.

5th DISTRICT COURT LEA CO.
FILED DEC 31 '24 PM2:20

No. D-506-CR-2024-863
Judge: **Mark Sánchez**

CRIMES:  Resisting, Evading or Obstructing an Officer,  Tampering with Evidence,

## DIRECT FILED CRIMINAL INFORMATION

The District Attorney of Lea County, State of New Mexico, states that on or about the dates listed below, the above-named Defendant did commit the crimes of:

Count 1:  **Resisting, Evading or Obstructing an Officer**, (1550), on or about July 13, 2024, the above-named defendant resisted or abused Officer Torres, an officer with the Hobbs Police Department in the lawful performance of his duties, a misdemeanor, contrary to NMSA 1978, Section 30-22-1(D) (1981).

Count 2:  **Tampering with Evidence**, (4234), on or about July 13, 2024, the above-named defendant destroyed, changed, hid, fabricated, or placed dirt/debris with the intent to prevent the apprehension, prosecution or conviction of A. Gerhardt and the highest crime was a misdemeanor or petty misdemeanor or the level of the underlying crime cannot be determined, a petty misdemeanor, contrary to NMSA 1978, Section 30-22-5 (2003).

State v. Tyrin Jaye Pacheco                                          Page 2
Criminal Information

The State will call the following witnesses:  David Torres, Matthew Olenik.

Dianna Luce
District Attorney
400 N. Virginia Ave., Ste G-2
Roswell, NM  88201
575-622-4121

Name:                    Tyrin Jaye Pacheco
Address:
DOB:
SSN:
Height:                  6'01
Weight:                  186
Color of Eyes:           Brown
Color of Hair:           Black
State Tracking No.:      Not Available

cs  HM-24-0428

STATE OF NEW MEXICO
FIFTH JUDICIAL DISTRICT COURT
LEA COUNTY

v.                                                    No. _____

Pacheco, Tyrin J. (H/M)                               24H31545
DOB: 12/28/1999, SSN: 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
NM DL: 513750404
Ht: 6'01", Wt: 195 lbs; Black/ Brown
<u>3500 N. Fowler St. Apt #1128, Hobbs, NM 88240</u> , Defendant.

## CRIMINAL COMPLAINT
(Refiled - Amended)

CRIME:  <u>Resisting, Evading or Obstructing an Officer (M); Tampering with Evidence (M)</u>
*(common name of offense or offenses)*

    The undersigned, under penalty of perjury, complains and says that:

    (Count 1) on or about or between <u>July 13th, 2024</u> (dates) in Lea County, State of New Mexico, the above-named defendant did commit the offense of <u>Resisting, Evading, or Obstructing an Officer</u> contrary to Section <u>NMSA 30-22-1</u> ,

    (Count 2) on or about or between <u>July 13th, 2024</u> (dates) in Lea County, State of New Mexico, the above-named defendant did commit the offense of <u>Tampering with Evidence</u> contrary to Section <u>NMSA 30-22-5</u> ,

    As more particularly described in Attachment "A" hereto, which is incorporated as a part hereof. REFER TO ATTACHMENT "A"

**I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.**

<u>D. Torres #D3</u>
Complainant
<u>Detective, Hobbs Police Department</u>
Hobbs Police Department
Title *(if any)*
Approved:

_____
Title

**If Probable Cause Determination Required:**

[ ]   Probable Cause Found
[ ]   Probable Cause Not Found, and Defendant Released from Custody
[ ]   Complaint Dismissed Without Prejudice

Judge: _____

Date: _____

Time: _____

[As amended, effective September 1, 1990; April 1, 1991; November 1, 1991; as amended by Supreme Court Order No.13-8300-020, effective for all cases pending or filed on or after December 31, 2013.]

## CRIMINAL COMPLAINT

STATE OF NEW MEXICO
FIFTH JUDICIAL DISTRICT COURT          Page 1                    ATTACHMENT "A"
STATE OF NEW MEXICO
          vs                                              No.
Pacheco, Tyrin J. (H/M)                                   24H31545
DOB: 12/28/1999, SSN: 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
NM DL: 513750404
Ht: 6'01", Wt: 195 lbs; Black/ Brown
3500 N. Fowler St. Apt #1128, Hobbs, NM 88240

This case was originally filed in the Municipal Court of Hobbs and was dismissed without prejudice:

1. Date of initial filing – 7/13/2024
2. Date of dismissal – 12/9/2024
3. Deadline for trial – 1/15/2025
4. Reason for dismissal – Judicial Efficiency

On July 13, 2024, Hobbs Police Officers responded to the intersection of W. Kiowa St. and N. Central Dr. at approximately 1927 hours in reference to a vehicle collision with injuries. I, Sgt. D. Torres, was on shift and responded to assist with the scene.

Upon arrival, I observed several marked patrol units positioned around the intersection to restrict the flow of traffic and persons from entering the scene to ensure the preservation of evidence pertinent to the crash investigation. Evidence pertinent to a crash investigation could consist of tire marks on the roadway, the spread of dirt and debris, yaw markings on the asphalt, and any pathways traveled by the involved vehicles. Additionally, law enforcement utilizes cameras and other devices to capture the scene with items in their original resting position to ensure accurate case details are documented.

As a result of the crash investigation, the female driver of the involved offender vehicle was placed under arrest for Driving While Under the Influence of Alcohol/Drugs. The DWI investigation was conducted by Hobbs Police Officer Olenik.

While Officer Olenik was escorting the female arrestee to a nearby patrol unit, a male subject entered the interior crash scene and verbally engaged Officer Olenik while officers were attempting to place the female arrestee into the rear seat of the patrol unit. Officer Olenik stepped away from the female arrestee due to the male subject arguing with him about the incident, which interfered with the arrest

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF.  I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.

Sgt. D. Torres D3 _____          _____
          COMPLAINANT                                        APPROVED

Hobbs Police Department/CID _____          Det. Sgt. D3 _____
          TITLE (if any)                                     TITLE

## CRIMINAL COMPLAINT

STATE OF NEW MEXICO
FIFTH JUDICIAL DISTRICT COURT          Page 2              ATTACHMENT "A"
STATE OF NEW MEXICO

vs                                                       No.

Pacheco, Tyrin J. (H/M)                                  24H31545
DOB: 12/28/1999, SSN: 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
NM DL: 513750404
Ht: 6'01", Wt: 195 lbs; Black/ Brown
3500 N. Fowler St. Apt #1128, Hobbs, NM 88240

procedures and DWI process being conducted by Officer Olenik. The male subject, identified as Tyrin Pacheco, was immediately ordered to not approach and step away from the area.

In an attempt to resolve any additional issues and remove Tyrin from the scene, I asked Tyrin if there was any additional property he was needing to be released. Tyrin did not answer the question and began to cuss while telling officers to let the arrestee remove property. I advised Tyrin I was contacting him to speak with him about releasing the property. Instead of listening to the information I was trying to provide, Tyrin continued to interject into my explanation by making random noises in an attempt to mock what I was saying. Tyrin told me "you can shut the fuck up" and waved his hand at me to disregard my interaction with him.

Once Tyrin escalated his behavior and extended his purpose beyond collecting property, Tyrin was ordered to step away from the area. The area Tyrin was standing on consisted of the path of travel by the offender vehicle prior to the crash. Tyrin was standing on the sidewalk that contained debris and tire markings. The spread of debris and tire markings assist in detailing and investigating crashes.

I advised Tyrin he was standing in an area that was part of the accident scene. At that point, Tyring was aware of the area he was standing in and the importance of the area that contained the evidence for the crash investigation. Tyrin was walking on tire marks, concrete scraping, and disturbed dirt caused by the offender vehicle. Tyrin's steps across the area displaced the debris and caused the markings to fade within the area. Tyrin refused to step away several times and stated the sidewalk was an area he could stand. I requested Tyrin to step back and informed him I was asking him for his cooperation to ensure my order was clear. Tyrin responded by stating tape should have been put up to indicate he was aware he was standing within the scene and continued to refuse to move away while remaining in the crash area.

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.

Sgt. D. Torres D3
COMPLAINANT                                              APPROVED

Hobbs Police Department/CID
TITLE (if any)                                           TITLE

## CRIMINAL COMPLAINT

**STATE OF NEW MEXICO**
**FIFTH JUDICIAL DISTRICT COURT**          Page 3                    ATTACHMENT "A"
**STATE OF NEW MEXICO**
                    vs.                                    No.
Pacheco, Tyrin J. (H/M)                                    24H31545
DOB: 12/28/1999, SSN: 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
NM DL: 513750404
Ht.: 6'01", Wt.: 195 lbs; Black/ Brown
3500 N. Fowler St. Apt #1128, Hobbs, NM 88240

Two other officers on scene gave Tyrin orders to move away from the area and Tyrin refused. Officer Lane approached Tyrin and continued to order him to move approximately (8) different times. Tyrin stated he can't move back while officers are walking towards him, which did not make sense because Officers were walking towards him to move him away from the crash scene and prevent any further scene disturbance.

Due to Tyrin's refusal to comply with (3) three different officers giving him commands to leave the crash scene, he was not involved in, after he walked into the scene of the crash area being investigated by law enforcement, which also disturbed the evidence of the crash scene, I approached Tyrin and grabbed his left arm to place him under arrest for Resisting, Evading, or Obstructing an Officer. After grabbing Tyrin's left arm, he tensed up his left arm, leaned away from me to his right, and attempted to pull his left arm forward away from me, but I maintained my grasp to hold Tyrin's arm in place. State Police Officer Mendez moved forward and grabbed Tyrin's upper left arm to assist me in holding it in position for handcuffing.

After handcuffs were placed on Tyrin's wrists, Tyrin was placed into a patrol unit and transported to Hobbs City Jail for booking. I believe Tyrin's actions are consistent with the following criminal offenses:

**Resisting, Evading, or Obstructing an Officer [NMSA 30-22-1]:** Officer Lane, Officer Olenik, Sgt. Torres, and Sgt. Maxwell were, and still are, certified peace officers within the State of New Mexico at the time of the incident. The officers were in the lawful discharge of their duties while investigating a vehicle collision that resulted in a high damage to property of citizens within the City of Hobbs as a result of intoxicated driving. The defendant, **Tyrin Pacheco**, knew the individuals he was interacting with were peace officers as he explained scene processes of law enforcement to the officers and was present for the arrest process of the female arrestee. The defendant, Tyrin Pacheco, knowingly

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.

Sgt. D. Torres D3
          COMPLAINANT                                              APPROVED

Hobbs Police Department/CID
          TITLE (if any)                                              TITLE

## CRIMINAL COMPLAINT

STATE OF NEW MEXICO
FIFTH JUDICIAL DISTRICT COURT          Page 4                    ATTACHMENT "A"
STATE OF NEW MEXICO
               vs                                    No.
Pacheco, Tyrin J. (H/M)                                      24H31545
DOB: 12/28/1999, SSN: 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
NM DL: 513750404
Ht: 6'01", Wt: 195 lbs; Black/ Brown
3500 N. Fowler St. Apt #1128, Hobbs, NM 88240

yelled profanities as officers; interfered with officers during the arrest process of another by yelling profanities and verbally interjecting into the law enforcement investigation process of the arrestee to the point the arresting officers had to cease interaction with the arrestee and engage in an interaction with the defendant; refused to comply with every lawful order given by each individual law enforcement officer on scene of the crash investigation during their attempt to preserve the crime scene and prevent any additional tampering of evidence; the defendants refusal consisted of his deliberate refusal to relocate to another area and his resistance to being placed into handcuffs to postpone or prevent being placed into handcuffs momentarily to further establish his opposition to the law enforcement process and execution of duties by the law enforcement officers.

**Tampering with Evidence [NMSA 30-22-5]:** The defendant, **Tyrin Pacheco**, destroyed, placed, and/or changed the evidence pertaining to the crash investigation, specifically the debris and tire markings, by walking on, and remaining on, the crash scene area. Tyrin displaced dirt/debris and faded our tire markings by his actions. Tyrin was aware of being within the crash scene area because he stated tape should be put up and responded to officer statements about being on the vehicle path of travel within the crash scene. By his actions, the defendant intended to interview with the investigation and arrest process taking place on July 13, 2024.

The incident did occur in the City of Hobbs, Lea County, New Mexico.

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF.  I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.

Sgt. D. Torres D3
          COMPLAINANT                                        APPROVED

Hobbs Police Department/CID                          Det Sgt. D2
          TITLE (if any)                                        TITLE