

**EXHIBIT G**

FILED
5th JUDICIAL DISTRICT COURT
Lea County
12/31/2024 2:43 PM
NELDA CUELLAR
CLERK OF THE COURT
Anthony Escobedo

**STATE OF NEW MEXICO**
**LEA COUNTY**
**FIFTH JUDICIAL DISTRICT COURT**

**STATE OF NEW MEXICO**
**V.**
**ALENA GERHARDT**                                   № D-506-CR-2024-00862

## NOTICE OF First Appearance

NOTICE IS HEREBY GIVEN that a hearing in this case has been set before the Honorable Lee A. Kirksey, as follows:

| | |
|---|---|
| Date of Hearing: | **Tuesday, 7th day of January, 2025 at 12:45 PM** |
| Place of Hearing: | Meeting ID |
| | meet.google.com/ook-nkfp-rvj |
| | Phone Numbers |
| | (US)+1 260-475-4232 |
| | PIN: 188 370 882# |
| Matter to be Heard: | |
| Comments: | |
| Length of Hearing: | 15 Minutes |



If this hearing requires more or less time than the court has designated, or if this hearing conflicts with any prior setting, please contact us immediately as continuances may not be granted on late notice. New Mexico Courts comply with the Americans with Disabilities Act and Title VI. If you need accommodations or the services of an interpreter in court, email or call the court as soon as possible to inform us. Counsel or PRO SE persons may notify the Clerk of the Court of the nature of the disability at least five (5) days before ANY hearing so appropriate accommodations may be made.

Azucena Hernandez, TCAA

### CERTIFICATE OF SERVICE

I, the undersigned Employee of the District Court of Lea County, New Mexico, do hereby certify that I served a copy of this document to all parties listed below on 12/31/2024.

DIANNA LEWIS LUCE

PUBLIC DEFENDER'S OFFICE                    By: _____

File No. 1272-047                                                            MS_001756