**EXHIBIT H**

## Dianna Luce

| | |
|---|---|
| **From:** | Dianna Luce |
| **Sent:** | Thursday, January 9, 2025 2:08 PM |
| **To:** | Valerie Chacon |
| **Subject:** | RE: EXTERNAL: RE: Refiled Cases |
| **Attachments:** | Appointment of Special Assistant District Gerhardt.pdf |

The appointment is attached. Please get sworn before a notary and file it in the case before you appear on the record or file any pleading.

Dianna

**From:** Dianna Luce <DLuce@da.state.nm.us>
**Sent:** Friday, January 3, 2025 2:05 PM
**To:** Valerie Chacon <VChacon@hobbsnm.org>
**Subject:** RE: EXTERNAL: RE: Refiled Cases

Valerie,

I appointed you as Special Assistant District Attorney. If another attorney in your office needs to be appointed to cover settings, send me the name and we will prepare.

Dianna

**From:** Valerie Chacon <VChacon@hobbsnm.org>
**Sent:** Friday, January 3, 2025 8:42 AM
**To:** Dianna Luce <DLuce@da.state.nm.us>
**Subject:** RE: EXTERNAL: RE: Refiled Cases

Dianna,

Thank you for your prompt response. We are truly appreciative of you and your office.



CITY OF
**Hobbs**
NEW MEXICO

*CITY ATTORNEY'S OFFICE*

**Valerie S Chacon**
City Attorney
200 E. Broadway St.
Hobbs NM 88240
(575) 397.9226 - Phone
(575) 391.7876 - Fax

1

FJDA 000011