

**EXHIBIT I**

FILED
5th JUDICIAL DISTRICT COURT
Lea County
1/10/2025 9:54 AM
NELDA CUELLAR
CLERK OF THE COURT
Jazmin Yanez

STATE OF NEW MEXICO
COUNTY OF LEA
FIFTH JUDICIAL DISTRICT

STATE OF NEW MEXICO,

      Plaintiff,

vs.

                              No. D-506-CR-202400862

ALENA GERHARDT,

      Defendant.

### APPOINTMENT OF SPECIAL ASSISTANT DISTRICT ATTORNEY

The undersigned, District Attorney, Dianna Luce for the Fifth Judicial District, hereby appoints

Valerie S. Chacon as a Special Assistant District Attorney in the above-styled cases.

*Dianna Luce*
Dianna Luce
Fifth Judicial District Attorney
100 N. Love Street, Suite 2
Lovington, New Mexico 88260
(575) 397-2471

STATE OF NEW MEXICO  )
                      )ss
COUNTY OF LEA         )

     I, Valerie S. Chacon, having been duly appointed as Special Assistant District Attorney, do solemnly swear that I will support the Constitution of the United States and the State of New Mexico, and that I will faithfully and impartially discharge the duties of Special Assistant District Attorney for the Fifth Judicial District to the best of my ability.

*Valerie*
Valerie S. Chacon

SUBSCRIBED AND SWORN to before me, this 10th day of January, 2025 by Valerie S. Chacon.

*Mile H. Steo*
District Judge

FJDA 000001