

FILED
5th JUDICIAL DISTRICT COURT
Lea County
1/10/2025 10:05 AM
NELDA CUELLAR
CLERK OF THE COURT
Jazmin Yanez

STATE OF NEW MEXICO
COUNTY OF LEA
FIFTH JUDICIAL DISTRICT

STATE OF NEW MEXICO,

      Plaintiff,

vs.

                              No. D-506-CR-202400863

TYRIN PACHECO,

      Defendant.

## APPOINTMENT OF SPECIAL ASSISTANT DISTRICT ATTORNEY

The undersigned, District Attorney, Dianna Luce for the Fifth Judicial District, hereby appoints

Valerie S. Chacon as a Special Assistant District Attorney in the above-styled cases.

*Dianna Luce*

Dianna Luce
Fifth Judicial District Attorney
100 N. Love Street, Suite 2
Lovington, New Mexico 88260
(575) 397-2471

STATE OF NEW MEXICO  )
                         )ss
COUNTY OF LEA          )

      I, Valerie S. Chacon, having been duly appointed as Special Assistant District Attorney, do solemnly swear that I will support the Constitution of the United States and the State of New Mexico, and that I will faithfully and impartially discharge the duties of Special Assistant District Attorney for the Fifth Judicial District to the best of my ability.

Valerie S. Chacon

SUBSCRIBED AND SWORN to before me, this 10th day of January, 2025 by Valerie S. Chacon.

District Judge

FJDA 000002