

**From:** Valerie Chacon
**To:** Haley Grant
**Subject:** FW: EXTERNAL: Re: ALENA GERHARDT D-506-CR-2024-862
**Date:** Friday, March 28, 2025 10:28:13 AM
**Attachments:** image004.png
image005.png

---

**From:** Valerie Chacon
**Sent:** Tuesday, January 7, 2025 1:27 PM
**To:** Ben Gubernick <ben@wglawllp.com>
**Subject:** RE: EXTERNAL: Re: ALENA GERHARDT D-506-CR-2024-862

Ben,

This matter needs to be in a court of record.



Valerie S Chacon
City Attorney
200 E. Broadway St.
Hobbs NM 88240
(575) 397.9226 - Phone
(575) 391.7876 - Fax

**From:** Ben Gubernick <ben@wglawllp.com>
**Sent:** Tuesday, January 7, 2025 1:21 PM
**To:** Valerie Chacon <VChacon@hobbsnm.org>
**Subject:** EXTERNAL: Re: ALENA GERHARDT D-506-CR-2024-862

 **Security Awareness**                                   Learn more

❌    The email came from an external source.

Valerie, what are you doing here? Candidly, you're just walking the city into higher damages for malicious prosecution. I really don't get it.

Please confirm by 5:00 tomorrow that you are dismissing the cases against Ms. Gerhardt and Mr. Pacheco. They should not have to file additional motions to put an end to these baseless

**File No. 1272-047**                                                    **MS_001830**

prosecutions.

Thanks,

Ben

On Tue, Jan 7, 2025 at 12:59 PM Valerie Chacon <VChacon@hobbsnm.org> wrote:

> Ben,
>
> I have noticed you have not filed an EOA in the district court matter. I am not sure if you are representing Ms. Gerhardt in this matter as well, but she is set for first appearance today at 12:45p.m. in front of Judge Kirksey.
>
>
> *Respectfully,*
>
> *Valerie S. Chacon*
> *City Attorney*
> *City of Hobbs*
> *200 E. Broadway*
> *Hobbs, NM 88240*
> *(575) 397-9226*
> *(575) 391-7876 – fax*
>
>
> The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. Distribution, publication, or retransmission of this message is strictly prohibited.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the  intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
>
> Occasionally, the sender of this e-mail marks particular messages as "Confidential" and/or "Attorney-Client Privileged" and/or with other messages or statements of a similar import and/or meaning. The purpose of such statement is for emphasis only, and the absence of such a statement does not imply that such a communication is not privileged and/or confidential.

*This email has been scanned by Inbound Shield.*

**File No. 1272-047**                                                                                     **MS_001831**

**File No. 1272-047**

**MS_001832**