

**61**

the first appearance date, both for 5 p.m., in front of Judge Kirksey. Do you remember sending me this e-mail?

A  Yes.

Q  Why'd you send me this e-mail?

A  Because I was just aware of the -- the hearing, and so I let you know that I knew you had represented municipal court. So I was trying to inform you if you were going to, that's when the hearing was, because they had just told me about it.

Q  Who had just told you about it?

A  One of my legal assistants.

Q  Which legal assistants? Aren't that many people that work there.

A  I know, but Heather Bara handles all the criminal matters and Courtney handles all the civil matters. Usually, I deal with Courtney, but I don't know which one came to my office almost running saying, hey, you have a hearing.

So one of them. And I don't think it matters. One of them.

Q  So one of them came to you, and you said almost running?

A  Yeah, it was like, you have a hearing.

**62**

And I'm like, okay, I'll get it done. What can I do?

Q  You knew nothing? This was complete news to you?

A  Yes. I didn't get the notice of hearing.

Q  No one had told you that this hearing was happening?

A  That's right. And I don't -- I don't know if it was because the notice was sent to the DA's office and not in my office. I'm not sure. But I know it was shortly thereafter and it was like, you have a hearing, and then I informed you.

Q  Okay. You had already filed pleading in this case, though; right?

A  Before the hearing, yes, I had either done an EOA or had staff do it. I don't know what day it was filed, though. I don't know if it was done the day of or the day after. I do know our office was surprised by the date of the hearing.

Q  Okay. Give me one second.

A  Sure.

Q  Let's take a look at another document. All right. This one's Bates stamped -- this is actually from the Fifth DA's initial disclosures

**63**

in this case. It's DA 3.

A  Okay.

Q  Okay. Here's another on e-mail. This is from Dianna Luce to you. All right.

A  So it's the day before.

Q  Yeah. That was going to be my next question.

MS. GRANT: Wait, wait, wait. Ben, what -- what Bates number? What documents are we looking at?

MR. GUBERNICK: It's the Fifth DA's initial disclosures. It's Bates number 3.

MS. GRANT: Okay. Give me just one second. If you would, just before you start discussing a document, tell us where it is so that we can look for it.

MR. GUBERNICK: I'm in now hurry, Haley. Take your time. Just let me know.

THE REPORTER: And are you marking this, Counsel? You haven't said that on the record.

MR. GUBERNICK: Yeah, this will be Exhibit, what are we on, E?

(EXHIBIT E MARKED)

THE REPORTER: This would be -- well,

**64**

you didn't say the last one, so this would be E. And do you want to officially mark the last one?

MR. GUBERNICK: The last one is going to be Exhibit D.

THE WITNESS: Can you show me what's under that?

Okay. January 6th. Okay. Can you go back up?

MR. GUBERNICK: All right, can I ask questions now? Everyone ready?

MS. GRANT: Ready when you are.

BY MR. GUBERNICK:

Q  All right. So looks like Dianna Luce told you about the arraignment the day before; right?

A  Yes, but I didn't read the e-mail. So I know exactly what happened. I didn't know about the hearing. I'm not joking. I didn't. I did not know about the hearing until staff told me.

Q  Is there a reason you didn't read the e-mail?

A  I didn't even respond back. So I'm not in my office all the time. My duties are running to meetings back and forth, okay? I was informed. I know we were in a rush. It was a surprise. So