**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**ALENA GERHARDT,
TYRIN PACHECO,**

> **Plaintiffs,**

> > **No. 2:25-cv-00110 DHU/GBW**

**v.**

**THE CITY OF HOBBS, et al.,**

> **Defendants.**

**<u>DEFENDANTS CITY OF HOBBS, MATTHEW OLENIK, ANDREW LANE, AND
DAVID TORRES' OPPOSED MOTION FOR LEAVE AND EXTENSION OF TIME TO
FILE THEIR REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY
JUDGMENT [DOC. 65]</u>**

Defendants City of Hobbs (the "City"), Matthew Olenik, Andrew Lane, and David Torres ("City Defendants"), by and through counsel of record MYNATT SPRINGER P.C. (Blaine T. Mynatt and Haley R. Grant) hereby move for leave to extend the deadline to file their Reply in support of City Defendants' Motion for Partial Summary Judgment [Doc. 65] moving the deadline from June 22, 2026 to July 21, 2026.   Plaintiff's counsel was contacted concerning the extension and opposes the relief requested herein.  As grounds, City Defendants provide as follows:

1.       City Defendants' Motion for Partial Summary Judgment was filed May 22, 2026. [Doc. 65];

2.       Plaintiffs' Response to City Defendants' Motion was filed June 5, 2026 [Doc. 70];

3.       City Defendants' reply was originally due June 22, 2026.

4.       Undersigned counsel's paralegal contacted Plaintiffs' Counsel via email on June 17, 2026 with a request for an extension of time until July 15, 2026, to file their reply in support of the Motion;

5.    Per Plaintiffs' counsel two-day extension, the deadline is now today, June 24, 2026. [Ex. 1, June 18, 2026 Counsel Emails].

6.    Due to conflicting briefing and deposition schedules in several other matters, undersigned counsel has requested an extension from Plaintiffs' counsel until July 15, 2026.  [Ex. 1, June 18, 2026 counsel emails].

7.    Plaintiffs' counsel opposes more than a two-day extension for the reply, because "[a]n additional 2[3] days for the City's reply brief would delay justice that has already been too late." [Ex. 1, June 18, 2026 Counsel Emails].  Plaintiffs' counsel further advised that "This is after the City pulled the plug on the settlement conference[.]" [Ex. 1, June 18, 2026 Counsel Emails].

8.    City Defendants require additional time to address Plaintiffs' arguments as a result of the below conflicting depositions and deadlines.

9.    With an extension, undersigned counsel filed a response to a motion to exclude a use of force expert on June 9, 2026 in *Voigt v. City of Albuquerque et al.*, D-202-CV-2025-08219 filed with the Second Judicial District Court for the State of New Mexico;

10.    With an extension, undersigned counsel filed a response to a motion in limine on June 15, 2026 in *Voigt v. City of Albuquerque et al.*, D-202-CV-2025-08219 filed with the Second Judicial District Court for the State of New Mexico;

11.    With an extension, undersigned counsel filed *another* response to a motion in limine on June 15, 2026 in *Voigt v. City of Albuquerque et al.*, D-202-CV-2025-08219 filed with the Second Judicial District Court for the State of New Mexico;

12.    Plaintiffs filed an amended complaint in this case on June 16, 2026 with the answer due June 30, 2026.  [Doc. 76];

13. Per this Court's directive prohibiting future briefing extensions, undersigned counsel filed a reply in support of summary judgment on June 22, 2026 in *Brown v. Lea Cty. Comm'rs et al.*, No. 23-CV-355-DHU-GJF, Doc. 83; Doc. 94, pg. 3, undersigned counsel filed the reply on that date;

14. Undersigned counsel also met another court-mandated deadline to submit objections to Proposed Findings and Recommended Disposition due June 22, 2026 in *Reali v. Dona Ana Cty. Bd. of Cty. Comm'rs et al.*, No. 19-CV-603-MV-JHR, Doc. 129, pg. 13;

15. Undersigned counsel is also preparing a response to a May 29, 2026 motion for partial summary judgment originally due June 17, 2026 pending an opposed motion for leave to extend the response deadline to July 10, 2026 in *Voigt v. City of Albuquerque et al.*, D-202-CV-2025-08219 filed with the Second Judicial District Court for the State of New Mexico;

16. Undersigned counsel defended the deposition of former Deputy County Manager Robert Doucette on June 23, 2026 in *Sandoval Cty. v. Valdez*, D-1329-CV-2024-1155 filed with the Thirteenth Judicial District Court for the State of New Mexico.

17. Undersigned counsel is scheduled to defend the deposition of Sandoval County Executive Administrative Assistant Nikki Holm-Garcia on June 24, 2026 in *Sandoval Cty. v. Valdez*, D-1329-CV-2024-1155 filed with the Thirteenth Judicial District Court for the State of New Mexico.

18. Undersigned counsel is scheduled to defend the deposition of Sandoval County Manager Wayne Johnson on July 6, 2026 in *Sandoval Cty. v. Valdez*, D-1329-CV-2024-1155 filed with the Thirteenth Judicial District Court for the State of New Mexico.

19.     Undersigned counsel is scheduled to depose the plaintiff on July 10, 2026 in *Sandoval Cty. v. Valdez*, D-1329-CV-2024-1155 filed with the Thirteenth Judicial District Court for the State of New Mexico.

20.     Undersigned counsel is set for an in-person hearing requiring travel from Las Cruces to Albuquerque, New Mexico on the defendant's motion for summary judgment before this Court on July 13, 2026 in *Brown v. Lea Cty. Comm'rs et al.*, No. 23-CV-355-DHU-GJF, Doc. 98.

21.     Undersigned counsel is scheduled as a panelist presenter for the New Mexico Municipal League's annual New Mexico Municipal Attorney's Association ("NMAA") Summer CLE on July 17, 2026 requiring travel to Albuquerque, New Mexico.

22.     Trial has not been set in this case and, by virtue of the raising of individual City Defendants' entitlement to qualified immunity and the parties' filing of the joint stay on proceedings, no trial may be set until the Court's resolves the question of Defendants' qualified immunity.  [Doc. 79, 80].

23.     Undersigned counsel has spent all but two Sundays over the past eight weeks including Mother's Day and Father's Day working on these filings has not been enough to meet the June 24, 2026 deadline to file the reply in support of the Motion [Doc. 65].  Undersigned counsel will continue to work all hours necessary to diligently file the reply to City Defendants Motion [Doc. 65] and asks this Court for relief in the form of an extension of time to file the reply on July 21, 2026.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar Number 9471
HALEY R. GRANT
New Mexico Bar Number 145671
P.O. Box 2699
Las Cruces, NM  88004
(575) 524-8812-Phone
btm@mynattspringer.com
hrg@mynattspringer.com
*Attorneys for City Defendants*

## CERTIFICATE OF SERVICE

I certify that, on June 24, 2026, a copy of the foregoing pleading was served on the below counsel of record via the CM/ECF system and electronic mail:

WGLA, LLP
Benjamin Gubernick
Curtis Waldo
ben@wglawllp.com
curtis@wglawllp.com
*Attorneys for Plaintiff*

STIFF, GARCIA & ASSOCIATES, LLC
Julia Y. Parsons
John S. Stiff
jstiff@stifflaw.com
jparsons@stifflaw.com
*Attorney for Defendant Fifth Judicial District Attorney's Office*

GARCIA LAW GROUP, LLC
Bryan C. Garcia
Alyxandria Callison
bgarcia@garcialawgroupllc.com
acallison@garcialawgroupllc.com
*Attorneys for Defendant Valerie Chacon*

HALEY R. GRANT